ACCEPTED
03-14-00398-CR
4270717
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/25/2015 8:08:12 AM
JEFFREY D. KYLE
CLERK

## GEORGE E. McCREA
District Attorney – 119th Judicial District
124 W. Beauregard
San Angelo, Texas 76903

325/659-6583
325/658-6831 (Fax)

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/25/2015 8:08:12 AM
JEFFREY D. KYLE
Clerk

February 25, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Capitol Station
Austin, Texas 78711

Style: Benny Rivera Rodgers v. The State of Texas—Case # 03-14-00398-CR
Trial Court# DSM-13-01853, 119th District Court

Dear Mr. Kyle:

The State believes that the trial court ruled correctly in this case. With regard to the Anders brief filed by Appellant, the State hereby notifies the Court that it will not respond on the merits to the points raised and conceded by Appellant's brief. Please file this letter response with the papers in the cause and bring it to the attention of the appropriate members of the Court or its staff.

Sincerely,

J. Bryan Clayton
Asst. District Attorney
119th Judicial District
124 W Beauregard, Ste. B
San Angelo, TX 76903
(325) 659-6583
(325) 658-6831 FAX
State Bar No. 04338625

Ms. Amy A. Hennington
Amy Hennington & Associates P.C.
125 South Washington Street
San Angelo, TX 76901
amy@henningtonlaw.com